UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNA DOZIER-QUINE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  CV-12-3029-TOR<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Remand is **GRANTED**.  The Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. 405(g).  On remand, the ALJ shall solicit Plaintiff's testimony, reassess Plaintiff's credibility, reevaluate step four of the sequential evaluation process, and, if necessary, obtain evidence from a vocational expert. The ALJ shall allow Plaintiff to submit additional evidence at the hearing.

1 | JUDGMENT IN A CIVIL CASE

DATED: March 12, 2013

SEAN F. McAVOY
Clerk of Court

By: *s/Cheryl Switzer*
     Deputy Clerk

2 | JUDGMENT IN A CIVIL CASE